Harvey S. Mars, Esq.
HSM (6107)
Law Office of Harvey S. Mars LLC
7322 West 48th Street
New York, N.Y. 10036
(212) 765-4300
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| Richard Stall, | |
| Plaintiff, | **STATEMENT REGARDING INTERESTED PARTIES** |
| vs. | |
| Marsh & McLennan Co., Matthew Bartley & Alan Bieler, | **04 Civ.** |
| Defendants. | |

------------------------------------------------------------------------x

      Pursuant to the General Rules of the Southern District of New York and to enable judges and magistrate judges of this Court to evaluate their possible disqualification or recusal, the undersigned counsel of record for plaintiff certifies that the following are publicly held corporate parents, subsidiaries, or affiliates of that party.

      Not Applicable

July 22, 2004

      Harvey S. Mars, Esq.
      HSM [6107]
      322 West 48th Street
      Sixth Floor
      New York, N.Y. 10036
      (212) 765-4300